# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 19, 2013

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
*Feb 19, 2013*
DEBORAH S. HUNT, Clerk

Re:  Cleveland R. Jackson
       v. Marc C. Houk, Warden
       No. 12-7159
       (Your No. 08-3677)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk