# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF OHIO

| | |
|---|---|
| Cleveland R. Jackson,<br>　　　　　Petitioner,<br>v.<br><br>Marc C. Houk, Warden,<br>　　　　　Respondent, | Case No.3:07-cv-00400<br><br>Death Penalty Case<br><br>**Notice of Appearance** |

On June 19, 2018, the Sixth Circuit substituted counsel and appointed the Federal Public Defender for the District of Arizona, Dale A. Baich and Jessica L. Felker, to represent Petitioner Cleveland R. Jackson. *Jackson v. Houk*, No. 08-3677 (6th Cir. Jun. 19, 2018 (ECF 241-1) (Attached).

Dale A. Baich gives notice of his appearance in this matter.

Respectfully submitted this 20th day of June, 2018.

>Jon M. Sands
>Federal Public Defender
>District of Arizona
>Dale A. Baich (OH No. 0025070)
>Jessica L. Felker (IL No. 6296357)
>850 W. Adams St., Suite 201
>Phoenix, Arizona 85007
>(602) 382-2818 (telephone)
>(602) 889-3960 (facsimile)
>dale_baich@fd.org
>jessica_fleker@fd.org
>
>/s/Dale A. Baich
>Counsel for Petitioner

## CERTIFICATE SERVICE

I hereby certify that on this 20th day of June, 2018, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF system which sent notification of such filing to the following registrants:

Assistant Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113

/s/Jessica Ward
Assistant Paralegal