# IN THE UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF OHIO

| | |
|---|---|
| Cleveland R. Jackson,<br>       Petitioner,<br>v.<br><br>Marc C. Houk, Warden,<br>       Respondent, | Case No.3:07-cv-00400<br><br>Death Penalty Case<br><br>**Supplement to Notice of Appearance** |

Respectfully submitted this …… day of June, 2018.

        Jon M. Sands
        Federal Public Defender
        District of Arizona
        Dale A. Baich (OH No. 0025070)
        Jessica L. Felker (IL No. 6296357)
        850 W. Adams St., Suite 201
        Phoenix, Arizona 85007
        (602) 382-2818 (telephone)
        (602) 889-3960 (facsimile)
        dale_baich@fd.org
        jessica_fleker@fd.org

        /s/Dale A. Baich
        Counsel for Petitioner

No. 08-3677

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 19, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| CLEVELAND R. JACKSON, ) | |
| ) | |
|    Petitioner-Appellant, ) | |
| ) | |
| v. ) | |
| ) | O R D E R |
| MARC C. HOUK, Warden, ) | |
| ) | |
|    Respondent-Appellant. ) | |

The petitioner, an Ohio inmate under a sentence of death, moves this court *pro se* to appoint substitute counsel to assist him in preparing and presenting an application for executive clemency to the Ohio Parole Board and the Ohio governor. The petitioner seeks the appointment of the Federal Defender for the District of Arizona and supports his request with the affidavit of an assistant federal defender of the Capital Habeas Unit, Office of the Federal Defender for the Northern District of Ohio.

Upon consideration, the court approves the request, and the motion is GRANTED. Jon M. Sands, Federal Defender for the District of Arizona and attorneys Dale A. Baich and Jessica L. Felker of the Capital Habeas Unit of his office are hereby appointed as counsel for the petitioner in his application for clemency.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

## CERTIFICATE SERVICE

I hereby certify that on this …… day of June, 2018, I electronically filed the foregoing document to the Clerk's Office using the CM/ECF system which sent notification of such filing to the following registrants:

Assistant Attorney General
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113

/s/Choose an item.
Assistant Paralegal